United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Barbara Lott, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-19-4984 |
| GCE Freight, Inc., et al., | § § | |
| Defendants. | § § | |

## Partial Voluntary Dismissal

On the motion of the plaintiffs, the gross negligence and vicarious liability claims against Montway, Inc., and BWT Group, LLC, are dismissed.

Signed on July ___9___, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge