Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ DePena   ☐ Troutman |
| DATE | July 30, 2021 |
| TIME | 10:37 a.m. — 11:38 a.m. |
| CIVIL ACTION | H — 19 — 4984 |
| STYLE | Barbara Lott, et al. *versus* GCE Freight, Inc., et al. |

DOCKET ENTRY

☑ Conference,  ☐ Hearing,  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: Gumm

Hernandez (law clerk)
Shawn Staples, Simon Hughes, Juan Garcia, Leticia Kristopher Stockberger, Chloe Scast   for Barbara Lott, et al.
                                                                                        for Montway, BWT

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: motion to compel (76) is granted

07-2019