IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA LOTT, et. al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv04984 |
| | § | |
| GCE FREIGHT, INC., et. al. | § | |

**DEFENDANT'S NOTICE OF PARTY NAME CHANGE**

Defendant files this Notice of Party Name Change and advises the Court that counsel of record that its name has changed as follows:

On October 28, 2020, Montway, Inc., an Illinois corporation, filed its Certificate of Conversion from a Corporation to a Limited Liability Company for conversion to a Delaware limited liability company named "Montway LLC." A true and correct copy of the Certificate of Conversion is attached as Exhibit A.

On October 28, 2020, Montway LLC filed its Certificate of Formation in the State of Delaware,. A true and correct copy of the Certificate of Formation is attached hereto as Exhibit B.

Defendant Montway LLC will reflect this name change in future pleadings/submissions.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

        */ s / K. Stockberger*
KRISTOPHER M. STOCKBERGER (Attorney-in-charge)
Texas Bar No. 24028015
SEAN R. WOOD
Texas Bar No. 24106597
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
kris.stockberger@lewisbrisbois.com

sean.wood@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT,
MONTWAY, INC.**

## CERTIFICATE OF SERVICE

I certify that a proper copy of the foregoing document has been served on the parties' counsel of record via e-service on the **17th** day of August, 2021.

*/s/ K. Stockberger*
Kristopher M. Stockberger

2