| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

Barbara Lott, §
§
    Plaintiff, §
§
versus § Civil Action H-19-4984
§
GCE Freight, Inc., *et al.*, §
§
    Defendants. §

## Order to Report

By October 21, 2022, the parties must jointly report whether they would consent to mediation. If so, the report must include: (a) the name and contact information of an agreed-upon mediator; and (b) date of scheduled mediation. If the parties do not consent to mediation, the report must include concrete and detailed next steps to advance the litigation.

Signed on October **12**, 2022, at Houston, Texas.

                                            Lynn N. Hughes
                                     United States District Judge